**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 73.189.143.96,

Defendant.

Case Number: 5:26-cv-07685-SVK

Honorable Susan van Keulen

**~~[PROPOSED]~~ ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE**

AS MODIFIED

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for November 10, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until January 1, 2027 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for November 10, 2026 is continued to February 9 ~~February 2,~~ 2027.

**DONE AND ORDERED**.

Dated: October 26, 2026

By: [signature]
**United States Magistrate Judge**
Hon. Susan van Keulen